# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Case No. 19-cr-1554-M |
| v. | : | |
| | : | |
| TIMOTHY WOLL | : | |
| _____ | : | |

## ORDER

AND NOW, this 17th day of September, 2019, following the Government's appeal of the Order Setting Conditions of Release (ECF No. 6), made in open court on September 13, 2019, it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Government's appeal is **SUSTAINED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3142(i), Timothy Woll is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
Hon. Joshua D. Wolson
United States District Judge